JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT PCS ASSETS, L.L.C., a Delaware limited liability company; ED HARDEN, an individual; NANCY HARDEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SAN LUIS OBISPO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN LUIS OBISPO, its governing body; HARRY OVITT, in his official capacity as Board Member of the Board of Supervisors for the County of San Luis Obispo; BRUCE GIBSON, in his official capacity as Board Member of the Board of Supervisors for the County of San Luis Obispo; JERRY LENTHALL, in his official capacity as Board Member of the Board of Supervisors for the County of San Luis Obispo; K.H. KATCHO ACHADJIAN, in his official capacity as Board Member of the Board of Supervisors for the County of San Luis Obispo; JAMES R. PATTERSON, in his official capacity as Board Member of the Board of Supervisors for the County of San Luis Obispo; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: SACV09-00028 CJC (RNBx)<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br><br>Date Action Filed:　　January 8, 2009 |

299198_1

[PROPOSED] ORDER

1      Pursuant to the Stipulation of the parties,

2      IT IS ORDERED that the above-captioned case is dismissed with prejudice as to

3  all claims, with the parties to bear their own costs and attorneys' fees.

4

5  **IT IS SO ORDERED:**

6

7  Dated: May 24, 2010

8                              Hon. Cormac J. Carney
                              United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28